# EXHIBIT C

# Mark Schaefer (Highly Confidential - Attorneys' Eyes Only)

# Birenbaum and Vicente v. Valve Corporation

# February 3, 2026



1325 Fourth Avenue, Suite 1840  Seattle, Washington  98101
6 South Second Street, Suite 718  Yakima, Washington  98901
Bellingham  |  Everett  |  Tacoma  |  Olympia  |  Yakima  |  Spokane
Seattle 206.287.9066    Tacoma 253.235.0111    Eastern Washington 509.624.3261
**www.buellrealtime.com**
email: transcripts@buellrealtime.com

Page 2249

AMERICAN ARBITRATION ASSOCIATION

_____

MARK JAMES SCHAEFER,          )
                              )
            Claimant,         )
        -v-                   )
                              )
VALVE CORPORATION d/b/a        )
STEAM,                        )
                              )
            Respondent.       )

_____

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARBITRATION DAY 15

FEBRUARY 3, 2026

TRANSCRIPT OF PROCEEDINGS

(ALL PARTICIPANTS APPEARING VIA VIDEOCONFERENCE)

_____

Arbitrator:

Suzanne M. McSorley

REPORTED BY:  Nancy M. Kottenstette, RPR, CCR 3377

Page 2250

                          APPEARANCES

FOR THE CLAIMANT:

        BUCHER LAW PLLC
        BY: FRANK PALERMO
        350 Northern Blvd.
        Suite 324-1519
        Albany, New York 12204-1000
        202.997.3029

FOR THE RESPONDENT:

        HOLWELL SHUSTER & GOLDBERG LLP
        BY: ANDREW INDORF
        425 Lexington Avenue
        New York, New York 10017
        646.837.5151
        aindorf@hsgllp.com

ALSO PRESENT: Michelle Accurso - trial tech
              Kathleen Amato


                    INDEX OF EXAMINATION

                                               PAGE

MARK JAMES SCHAEFER

EXAMINATION

        Questions By Atty. Palermo:            2252

EXAMINATION

        Questions By Atty. Indorf:             2254



                    INDEX OF EXHIBITS

NUM.            DESCRIPTION                     PAGE

Exhibit R-5430                                 2254

Birenbaum and Vicente v. Valve Corporation          Mark Schaefer (Highly Confidential - Attorneys' Eyes Only)

Page 2269

A    No.

Q    Have you heard of Amazon Luna?

A    Yes.

Q    Have you ever bought video games from Amazon Luna?

A    No.

Q    Are there any other video game stores that I didn't list -- I know there's many more -- that you have heard of?

A    Outside of physical stores, no, I don't know of any other online-based stores.

Q    And what are the physical stores you've heard of where you could buy PC video games?

A    Micro Center back in the day, Game Stop, Best Buy, stores like that.

Q    Fair to say that as a -- as a gamer, there are many different places where you can buy PC video games?

A    Correct.

Q    I'd like to -- so were you aware that while you were still playing PC video games, many of the games that you purchased on Steam could have also been purchased from one or more of these alternative stores that we just discussed?

A    Yep.

Mark Schaefer (Highly Confidential - Attorneys' Eyes Only)

Page 2270

Q   Let's look at a couple of examples.  Could we turn to page 38 of your purchase history.

Do you see in the middle of this page, you purchased a game called The Witcher 3: Wild Hunt on Steam for $59.99 in May 2015?

A   Yes.

Q   Were you aware, by chance, that that game is made by a developer called CD Projekt Red?

A   Yes.

Q   And that's the developer that operates GOG or Good Old Games, the store we just discussed; right?

A   I was not aware of that.

Q   Well, suppose you were buying this game today and you wanted to figure out where you might be able to buy it, what are some things you might do to explore that?

A   If I didn't have Steam on my computer, I would probably go to Google and type Witcher 3 PC game.  But due to all of my games are on Steam, I only ever used Steam.  That's where all of my friends were, so I never really ventured outside of Steam because it was a streamlined process.  And I didn't want a bunch of different programs on my computer.

Q   Thanks.

Let's actually do what you suggested.  Suppose

Page 2271

you wanted to buy the game somewhere other than Steam.

ATTY. INDORF:  Michelle, can we open a Google browser and just google "The Witcher 3: Wild Hunt"?

Q    All right.  So this is our Google search result here.  And if you scroll down past some of the -- you know, the recommendations, we can find the Witcher 3 website.

No, not the Steam page, please.

Great.  Thank you so much.  I think that was the first or second page.

This appears to be the website for the game Witcher: Wild Hunt; right?

A    Yeah.

Q    And prominently in the middle, there's a button that says "Buy Now."  Do you see that?

A    Yes, I do.

Q    And let's click the "Buy Now," please.  And if we scroll down, can we please -- here it says that you can see all of the different platforms that you want to play on.

Do you see it says there's a PC option, there's an Xbox option, PlayStation option, and a Nintendo Switch option?  Do you see those?

A    Yes.

Birenbaum and Vicente v. Valve Corporation          Mark Schaefer (Highly Confidential - Attorneys' Eyes Only)

Page 2272

Q    Three of these are console platforms; right?

A    Yes.

Q    What is a console?

A    A console is a video gaming machine, one would say.

Q    What is a Nintendo Switch?

A    A video gaming console.

ATTY. PALERMO:  Objection, Arbitrator. These hearings are supposed to be narrowly tailored to standing and damages.  We've already gone through all this stuff at the trials in the summer.

ARBITRATOR McSORLEY:  Objection is sustained.

ATTY. INDORF:  Sustained?  I'm sorry, Arbitrator.  We'll move on.

BY ATTY. INDORF:

Q    Let's click on "PC."  So, Mr. Schaefer, when you click on "PC," what are the three different stores listed here where you could buy this game on PC?

A    Steam, GOG, and Epic Games.

Q    Great.

ATTY. INDORF:  Michelle, could you click on the Steam link quickly.

Q    And what is the price here on the Steam store?

A    49.99.